**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

**IN RE:**  **CASE NO.: 19-28930-ABA**
**Clifford Carter**  **CHAPTER 13**
   **Debtor**

**Regina Carter**
   **Joint Debtor**
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of DITECH FINANCIAL LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202,**
**FAIRFIELD, NJ 07004**

    RAS Citron, LLC
    Attorney for Secured Creditor
    130 Clinton Road, Suite 202,
    Fairfield, NJ 07004
    Telephone: 470-321-7112

    By: /s/Harold Kaplan
        Harold Kaplan, Esquire
        Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Clifford Carter
12 Robin Lane
West Berlin, NJ 08091

Regina Carter
12 Robin Lane
West Berlin, NJ 08091

And via electronic mail to:

Mark W Ford
Law Office of Mark W. Ford, LLC
P.O. Box 110
4 1/2 North Broadway
Gloucester City, NJ 08030

Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

RAS Citron, LLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202,
Fairfield, NJ 07004
Telephone: 470-321-7112
By: /s/Harold Kaplan
Harold Kaplan, Esquire
Email: hkaplan@rasnj.com