# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

**IN RE:**                                                                                                                    **CASE NO.: 19-28930-ABA**
                                                                                                                                          **CHAPTER 13**

**Clifford Carter,**

   **Debtor**

**Regina Carter**
**fka Regina Collins**

   **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1  ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100,**
**BOCA RATON, FL 33487**

                        Robertson, Anschutz & Schneid, P.L.
                        Attorney for Secured Creditor
                        6409 Congress Ave., Suite 100,
                        Boca Raton, FL 33487
                        Telephone: 470-321-7112
                        By: <u>/s/Harold Kaplan</u>
                             Harold Kaplan, Esquire
                             Email: hkaplan@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Clifford Carter
12 Robin Lane
West Berlin, NJ 08091

Regina Carter
fka Regina Collins
12 Robin Lane
West Berlin, NJ 08091

And via electronic mail to:

Mark W Ford
Law Office of Mark W. Ford, LLC
P.O. Box 110
4 1/2 North Broadway
Gloucester City, NJ 08030

Isabel C. Balboa
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
One Newark Center Ste 2100
Newark, NJ 07102

>Robertson, Anschutz & Schneid, P.L.
>Attorney for Secured Creditor
>6409 Congress Ave., Suite 100,
>Boca Raton, FL 33487
>Telephone: 470-321-7112
>By: /s/Harold Kaplan
>Harold Kaplan, Esquire
>Email: hkaplan@rasnj.com