| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (CAMDEN)** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br>**Ditech Financial LLC**<br><br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 19-28930-ABA<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtors' Chapter 13 Plan** |
| **In Re:**<br><br>**Clifford Carter,**<br>    **Debtor,**<br><br>**Regina Carter,**<br>**fka Regina Collins,**<br>    **Joint Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Ditech Financial LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtors' Chapter 13 Plan (DE # 4), and states as follows:

1. Debtor, Clifford Carter, and Joint Debtor, Regina Carter fka Regina Collins, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 4, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 12 Robin Lane, Berlin Twp., NJ 08091, by virtue of a Mortgage recorded on September 21, 2006 in Book 08334, at Page 1894 of the Public Records of Camden County, NJ. Said Mortgage secures a Note in the amount of $227,900.00.

3. The Debtor filed a Chapter 13 Plan on October 4, 2019.

4. Debtor's Plan evidences an intent to seek mortgage modification with Secured Creditor. Debtor's Plan proposes monthly adequate protection payments to Secured Creditor in the amount of $1,200.00. An accurate calculation based on 60% of the regular monthly

principal and interest payment, plus 100% of any applicable escrowed amounts, results in an adequate protection payment of $1,370.67. Therefore, Secured Creditor objects to the proposed monthly adequate protection payments and any other payment below $1,370.67, during the pendency of loss mitigation.

5. Further, it is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $21,781.24, whereas the Plan proposes to pay only $16,200.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $21,781.24 as the pre-petition arrearage over the life of the plan.

6. Thus far, loan modification has not been offered or approved. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

RAS Citron, LLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 470-321-7112

By: /s/ Harold N. Kaplan
Harold N. Kaplan, Esquire
Bar ID: HK0226
Email: hkaplan@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (CAMDEN)** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 470-321-7112<br>Attorneys For Secured Creditor<br>**Ditech Financial LLC**<br><br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 19-28930-ABA<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtors' Chapter 13 Plan** |
| **In Re:**<br><br>**Clifford Carter,**<br>       Debtor,<br><br>**Regina Carter,**<br>**fka Regina Collins,**<br>       Joint Debtor. | |

## CERTIFICATION OF SERVICE

1. I, Harold Kaplan, represent Ditech Financial LLC in this matter.
2. On 10/31/2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Plan.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

10/31/2019

                               RAS Citron, LLC
                               Attorney for Secured Creditor
                               130 Clinton Road, Suite 202
                               Fairfield, NJ 07004
                               Telephone Number 470-321-7112
                               By: /s/ Harold N. Kaplan_____
                               Harold N. Kaplan, Esquire
                               Bar ID:  HK0226
                               Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark W Ford<br>Law Office of Mark W. Ford, LLC<br>P.O. Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030 | Attorney for Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Clifford Carter<br>Regina Carter<br>fka Regina Collins<br>12 Robin Lane<br>West Berlin, NJ 08091 | Debtors | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |