| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:   Clifford and Regina Carter | Case Number:   19-28930<br><br>Judge:   Andrew B. Altenburg, Jr.<br><br>Chapter:   13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CERTIFICATION OF SERVICE

1. I,  Regina Perfetti :

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Mark W. Ford, who represents the Debtors in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 22, 2019 sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Amended Voluntary Petition

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 22, 2019 _____        /s/ Regina Perfetti

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabela C. Balboa<br>Chapter 13 Trustee<br>P.O. Box 1978<br>Memphis, TN  38101-1978 | Trustee | ❏ Hand-delivered<br>　 Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>X　Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| All creditors on attached list | Creditors | ❏ Hand-delivered<br>X Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0312-1<br>Case 19-28930-ABA<br>District of New Jersey<br>Camden<br>Fri Nov 22 14:41:42 EST 2019 | Ditech Financial LLC<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004-2927 | U.S. Bank National Association<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 |
| U.S. Bank National Association, as Trustee f<br>RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004-2927 | U.S. Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08102-1568 | DITECH FINANCIAL LLC<br>PO BOX 12740<br>TEMPE, AZ 85284-0046 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Ditech Financial<br>P.O. Box 15009<br>Tempe, AZ 85284-0109 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PHH Mortgage Corporation<br>2001 Bishops Gate Blvd.<br>Mount Laurel, NJ 08054-4604 | RAS Citron, Richard Citron<br>130 Clinton Road<br>Suite 202<br>Fairfield, NJ 07004-2927 | Stoneberry<br>PO Box 2820<br>Monroe, WI 53566-8020 |
| Stoneberry<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 |
| Clifford Carter<br>12 Robin Lane<br>West Berlin, NJ 08091-9101 | Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002-2977 | Mark W Ford<br>Law Office of Mark W. Ford, LLC<br>P.O. Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030-0110 |
| Regina Carter<br>12 Robin Lane<br>West Berlin, NJ 08091-9101 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Bank<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)THE BANK OF NEW YORK MELLON FKA THE BANK O | (d)Ditech Financial LLC<br>RAS Citron LLC<br>130 Clinton Road, Suite 202<br>Fairfield NJ 07004-2927 | (u)James Stiles and Virginia Stiles |
| (d)U.S. Bank National Association<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     4<br>Total                  22 | |