| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:  Clifford and Regina Carter | Case Number:  19-28930<br><br>Judge:  ABA<br><br>Chapter:  13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |

## AMENDED CERTIFICATION OF SERVICE

1. I, Regina Perfetti :

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Mark W. Ford, who represents the Debtor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On December 10, 2019 sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Notice of Chapter 13 Notice Transmittal, Chapter 13 Plan and Motions

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: December 10, 2019            /s/ Regina Perfetti

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Chapter 13 Trustee<br>P.O. Box 1978<br>Memphis, TN 38101-1978 | Trustee | ❏ Hand-delivered<br> Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>XX Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| Discover Bank<br>P.O. Box 15316<br>Wilmington, DE 1850 | | ❏ Hand-delivered<br>X Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| James and Virginia Stiles<br>c/o Arthur D. Grossman, Esquire<br>Mandelbaum Salsburg, P.C.<br>3 Becker Farm Road<br>Suite 105<br>Roseland, NJ 07068 | | ❏ Hand-delivered<br>xxRegular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |