**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE: CLIFFORD CARTER　　　　　　　　　　　　　　　　　CASE NO.: 19-28930-ABA

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>New Residential Mortgage LLC</u><br>Name of Transferee | <u>Ditech Financial LLC</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

Phone: <u>800-365-7107</u>
Last Four Digits of Acct #: <u>7741</u>

Court Claim # (if known): <u>4-1</u>
Amount of Claim: <u>$401,528.80</u>
Date Claim Filed: <u>11/19/2019</u>

Phone: <u>(888) 298-7785</u>
Last Four Digits of Acct #: <u>2574</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ *Aleisha Jennings*</u>　　　　　　　　　　　　　　Date: <u>January 9, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE: CLIFFORD CARTER                                                         CASE NO.: 19-28930-ABA

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>January 9, 2020</u>, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

Clifford Carter
12 Robin Lane
West Berlin, NJ 08091

Regina Carter
12 Robin Lane
West Berlin, NJ 08091

And via electronic mail to:

Mark W Ford
Law Office of Mark W. Ford, LLC
P.O. Box 110
4 1/2 North Broadway
Gloucester City, NJ 08030

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                              RAS CRANE LLC
                                              Authorized Agent for Secured Creditor
                                              10700 Abbott's Bridge Road, Suite 170
                                              Duluth, GA 30097
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: <u>/s/ Malick Joof</u>
                                              Email: <u>mjoof@rascrane.com</u>