| DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:   Clifford and Regina Carter | Case Number:   <u>19-28930</u><br><br>Judge:   <u>ABA</u><br><br>Chapter:   13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
## XX CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.  Motion for Relief from the Automatic Stay filed

    By_____<u>US Bank National Association</u>_____, creditor,

A hearing has been scheduled for July 14, 2020    .

OR

Motion to Dismiss filed by the Chapter    Trustee.

A hearing has been scheduled for .

☐   Certification of Default filed by            . creditor,

I am requesting a hearing be scheduled on this matter.

OR

Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2.  I am objecting to the above for the following reasons **(choose one)**:

☒  I am applying for a forbearance with the mortgage company because I have been adversely affected by COVID-19

X  I would like to re-capitalize the arrears into the Chapter 13 Plan.

This certification is being made in an effort to resolve the issues raised by the Trustee in its motion.

3.  I certify under penalty of perjury that the foregoing is true and correct.

Date: 6/15/2020     /s/Clifford Carter

Date:  6/15/2020     /s/ Regina Carter

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**