Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−28930−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Clifford Carter
   12 Robin Lane
   West Berlin, NJ 08091

   Regina Carter
   fka Regina Collins, fka Regina Spring Carter
   12 Robin Lane
   West Berlin, NJ 08091

Social Security No.:
   xxx−xx−6294

   xxx−xx−1193

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 13, 2020.

On June 15, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            July 22, 2020
Time:           09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 16, 2020
JAN: eag

                                            Jeanne Naughton
                                            Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 19-28930-ABA
Clifford Carter                                                     Chapter 13
Regina Carter
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jun 16, 2020
                              Form ID: 185             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db/jdb         +Clifford Carter,   Regina Carter,   12 Robin Lane,    West Berlin, NJ 08091-9101
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STR,   Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
cr             +U.S. Bank National Association, as Trustee for Str,   RAS Citron, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518575727      #DITECH FINANCIAL LLC,   PO BOX 12740,    TEMPE, AZ 85284-0046
518497047      #+Ditech Financial,   P.O. Box 15009,    Tempe, AZ 85284-0109
518531526      +Ditech Financial LLC,   RAS Citron LLC,   130 Clinton Road, Suite 202,
                 Fairfield NJ 07004-2927
518600067       Emergency Physician Associate of South Jersey, PC,   PO Box 1123,   Minneapolis MN 55440-1123
518654023       New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
518654024       New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
518497049      +PHH Mortgage Corporation,   2001 Bishops Gate Blvd.,   Mount Laurel, NJ 08054-4604
518497050      +RAS Citron, Richard Citron,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
518607499       The Bank of New York Mellon, et al,   c/o Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL 33631-3785
518601812       U.S. BANK NATIONAL ASSOCIATION,,   PHH Mortgage Corporation,   Attn: Bankruptcy Department,
                 PO Box 24605,   West Palm Beach, FL 33416-4605
518532207      +U.S. Bank National Association,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2020 23:13:32     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2020 23:13:31     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518497046       E-mail/Text: mrdiscen@discover.com Jun 16 2020 23:12:57     Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850-5316
518518998       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 16 2020 23:13:39     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518537641      +E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:12:47     Stoneberry,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
518497051       E-mail/Text: bankruptcy@sccompanies.com Jun 16 2020 23:12:46     Stoneberry,   PO Box 2820,
                 Monroe, WI 53566-8020
518518475      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2020 23:19:20     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518497048        James Stiles and Virginia Stiles
cr*             +Ditech Financial LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                  Fairfield, NJ 07004-2927
cr*             +U.S. Bank National Association,   Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Jun 16, 2020
                              Form ID: 185             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC
           ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1
           hkaplan@rasnj.com, informationathnk@aol.com
          Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-W1
           hkaplan@rasnj.com, informationathnk@aol.com
          Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association hkaplan@rasnj.com,
           informationathnk@aol.com
          Harold N. Kaplan    on behalf of Creditor    Ditech Financial LLC hkaplan@rasnj.com,
           informationathnk@aol.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Mark W Ford    on behalf of Debtor Clifford  Carter markfordlaw@juno.com,
           reginaperfetti1@gmail.com
          Mark W Ford    on behalf of Joint Debtor Regina  Carter markfordlaw@juno.com,
           reginaperfetti1@gmail.com
          Melanie Carmela Grimes    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```