UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Bank of New York Mellon, et al.

In Re:

Clifford Carter & Regina Carter,

Debtors.

Case No.:     19-28930-ABA

Chapter:           13

Hearing Date:     7/22/2020

Judge:            Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 64)

_____

Date: 7/17/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*