**Order Filed on August 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Harold N. Kaplan (HK-0226)

---

In Re:

**Clifford Carter,**

     **Debtor,**

**Regina Carter fka Regina Collins**

**fka Regina Spring Carter,**

     **Joint Debtor.**

Case No.:    19-28930-ABA

Chapter:    13

Judge:    Andrew B. Altenburg Jr.

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: August 10, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Secured Creditor: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1

Secured Creditor's Counsel: RAS CITRON, LLC

Debtors' Counsel: Mark W Ford

Property Involved ("Collateral"): 504 E Godfrey Avenue, Philadelphia, Pennsylvania 19120

Relief sought:
■ Motion for relief from the automatic stay
□ Motion to dismiss
□ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

    ■ The Debtor is overdue for 05 months from 03/01/2020 through 07/01/2020.

    ■ The Debtor is overdue for 05 payments from 03/01/2020 through 07/01/2020 at $1,378.07 per month.

    Funds Held In Suspense $0.00.

    Total Arrearages Due $6,890.35.

2.  Debtor must cure all post-petition arrearages, as follows:

    ■ Beginning on 08/01/2020, regular monthly mortgage payments shall continue to be made in the amount of $1,378.07.

    ■ Beginning on 08/15/2020, monthly cure payments shall be made in the amount of $1,148.40 for 05 months. A 6th and final payment shall be made in the amount of $1,148.35 on or before 01/15/2021.

3.    Payments to the Secured Creditor shall be made to the following address(es):

      ■ Regular monthly payment:  PHH Mortgage Services
                                     Mailstop SBRP
                                     PO Box 5469
                                     Mt. Laurel, NJ 08054

      ■ Monthly cure payment:    PHH Mortgage Services
                                     Mailstop SBRP
                                     PO Box 5469
                                     Mt. Laurel, NJ 08054

4.    In the event of Default:
    ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

    ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

    ■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5.    Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

□ To the Secured Creditor within _____ days.

□Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Mark Ford, Esq.

Mark W Ford, Esquire.
*Attorney for Debtor(s)*
Date:

/s/ Harold N. Kaplan

Harold N. Kaplan, Esquire.
*Attorney for Secured Creditor*
Date:    8/10/2020

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-28930-ABA
Clifford Carter                                                         Chapter 13
Regina Carter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Aug 10, 2020
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
db/jdb         +Clifford Carter,   Regina Carter,   12 Robin Lane,   West Berlin, NJ 08091-9101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
        Aleisha Candace Jennings   on behalf of Creditor   New Residential Mortgage LLC
        ajennings@rasflaw.com
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
        AS TRUSTEE et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Elizabeth L. Wassall   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
        STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1
        ewassall@logs.com,  njbankruptcynotifications@logs.com
        Harold N. Kaplan   on behalf of Creditor   Ditech Financial LLC hkaplan@rasnj.com,
        informationathnk@aol.com
        Harold N. Kaplan   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
        STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1
        hkaplan@rasnj.com,  informationathnk@aol.com
        Harold N. Kaplan   on behalf of Creditor   U.S. Bank National Association, as Trustee for
        Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-W1
        hkaplan@rasnj.com,  informationathnk@aol.com
        Harold N. Kaplan   on behalf of Creditor   U.S. Bank National Association hkaplan@rasnj.com,
        informationathnk@aol.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
        Kevin Gordon McDonald   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
        YORK, AS TRUSTEE et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Mark W Ford   on behalf of Joint Debtor Regina  Carter markfordlaw@juno.com,
        reginaperfettil@gmail.com
        Mark W Ford   on behalf of Debtor Clifford  Carter markfordlaw@juno.com,
        reginaperfettil@gmail.com
        Robert  Davidow   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
        STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1
        nj.bkecf@fedphe.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                       TOTAL: 14