*Case 6/7*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY
# (Camden)

| IN RE: | Proceedings in Chapter 13 |
| --- | --- |
| | Case No. |
| Debtor(s). | Hearing Date: |

## DEBTOR'S CERTIFICATION IN SUPPORT OF MODIFICATION
## OF CHAPTER 13 PLAN DUE TO COVID-19

I am (we are) the debtor(s) in the above Chapter 13 case, and make this Certification in support of an application to file a Modified Plan pursuant to 11 U.S.C. § 1329(d).

1. The Chapter 13 Plan was originally confirmed on __Un Known__.

2. I am (we are) experiencing or have experienced a material financial hardship directly or indirectly as a result of the COVID-19 pandemic, beginning on or about __3/1/2020__.

3. Due to the COVID-19 pandemic, my (our) income has been adversely impacted in the following way(s), as is reflected on an amended Schedule I filed separately with the Court: __The State of New Jersey quarantine.__

4. Due to the COVID-19 pandemic, my (our) expenses have increased in the following way(s), as reflected on an amended Schedule J filed separately with the Court: __Due to quarantine No work came in.__

Case 7/7

5. I (we) expect this financial hardship to continue until __unkown__.

6. I am (we are) seeking to extend the term of the Chapter 13 Plan to __84__ months.

I (we) hereby certify that the foregoing statements are true to the best of my (our) knowledge, information and belief. I am (we are) aware that if any of the foregoing statements are willfully false, I am (we are) subject to punishment.

Dated: __9/2/2020__