

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>POW 20-027708<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1 | Order Filed on September 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>CLIFFORD CARTER AND REGINA CARTER F/K/A REGINA COLLINS F/K/A REGINA SPRING CARTER, DEBTORS | CASE NO.: 19-28930-ABA<br><br>HEARING DATE: SEPTEMBER 9, 2020<br><br>JUDGE: HONORABLE ANDREW B. ALTENBURG, JR. |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 3, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Mark W. Ford, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-W1, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtors' Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 504E Godfrey Avenue, Philadelphia, PA 19120.

2. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $1,378.07.

3. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on June 29, 2020; ECF Doc.:63.

4. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                Date: 9-3-2020
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


                                                       Date: 9.3.20
Mark W. Ford, Esquire
Attorney for the Debtors