| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br><br>POW 20-027708<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq. 023211995<br>ATTORNEYS FOR U.S. BANK NATIONAL<br>ASSOCIATION, AS TRUSTEE FOR STRUCTURED<br>ASSET SECURITIES CORPORATION MORTGAGE<br>PASS-THROUGH CERTIFICATES, SERIES 2006-W1 | Order Filed on September 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>CLIFFORD CARTER AND REGINA CARTER F/K/A<br>REGINA COLLINS F/K/A REGINA SPRING CARTER,<br>DEBTORS | CASE NO.: 19-28930-ABA<br><br>HEARING DATE: SEPTEMBER 9, 2020<br><br>JUDGE: HONORABLE ANDREW B.<br>ALTENBURG, JR. |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 3, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Mark W. Ford, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and U.S. BANK NATIONAL ASSOCIATION, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-W1, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtors' Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 504E Godfrey Avenue, Philadelphia, PA 19120.

2. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $1,378.07.

3. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on June 29, 2020; ECF Doc.:63.

4. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

/s/Elizabeth L. Wassall                                    Date: 9-3-2020
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


                                                           Date: 9.3.20
Mark W. Ford, Esquire
Attorney for the Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Clifford Carter  
Regina Carter  
    Debtors

Case No. 19-28930-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 03, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.  
db/jdb      +Clifford Carter,   Regina Carter,   12 Robin Lane,   West Berlin, NJ 08091-9101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:

        Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC  
          ajennings@rasflaw.com  
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
        AS TRUSTEE et al... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Elizabeth L. Wassall    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
        STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1  
        ewassall@logs.com,   njbankruptcynotifications@logs.com  
        Harold N. Kaplan    on behalf of Creditor    Ditech Financial LLC hkaplan@rasnj.com,  
        informationathnk@aol.com  
        Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
        STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1  
        hkaplan@rasnj.com,   informationathnk@aol.com  
        Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
        Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-W1  
        hkaplan@rasnj.com,   informationathnk@aol.com  
        Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association hkaplan@rasnj.com,  
        informationathnk@aol.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
        summarymail@standingtrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW  
        YORK, AS TRUSTEE et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Mark W Ford    on behalf of Joint Debtor Regina  Carter markfordlaw@juno.com,  
        reginaperfetti1@gmail.com  
        Mark W Ford    on behalf of Debtor Clifford  Carter markfordlaw@juno.com,  
        reginaperfetti1@gmail.com  
        Robert Davidow    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR  
        STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-W1  
        nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                       TOTAL: 14