DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811, 856-456-8558 (Fax)
Attorney for the debtor

In Re:   Clifford and Regina Carter

Case Number:   19-28930

Judge:   ABA

Chapter:   13

Recommended Local Form:   ☒ Followed   ☐ Modified

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
## XX CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.   Motion for Relief from the Automatic Stay filed

By   New Rez LLC d/b/a Shellpoint Mortgage Servicing                ,
creditor,

A hearing has been scheduled for   January 26, 2021 at 10:00 a.m.

OR

Motion to Dismiss filed by the Chapter    Trustee.

A hearing has been scheduled for .

☐   Certification of Default filed by        . creditor,

I am requesting a hearing be scheduled on this matter.

OR

Certification of Default filed by Standing Chapter 13

Trustee I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

X    I have made a payment on November 26, 2020

X    I am making a new payment January 11, 2021

X    I am requesting 2 3 month foreclosure forbearances because I have been affected by Covid 19

X.    I am requesting that all post-petition arrears be re-capitalized on the remaining months on the Chapter 13 Plan.

This certification is being made in an effort to resolve the issues raised by the Trustee in its motion.

3. I certify under penalty of perjury that the foregoing is true and correct.

Date: 1/15/2021    /s/<u>Clifford Carter</u>

Date: 1/15/2021    /s/ <u>Regina Carter</u> .

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**