Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 19-28930 (ABA)**

Clifford Carter and Regina Carter  
12 Robin Lane  
West Berlin, NJ  08091

Monthly Payment: $691.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $475.00 | 02/05/2020 | $475.00 | 03/03/2020 | $475.00 | 04/02/2020 | $475.00 |
| 05/14/2020 | $475.00 | 06/09/2020 | $475.00 | 07/07/2020 | $475.00 | 08/04/2020 | $475.00 |
| 09/09/2020 | $475.00 | 10/05/2020 | $475.00 | 11/16/2020 | $691.00 | 12/14/2020 | $691.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CLIFFORD CARTER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARK W. FORD, ESQUIRE | 13 | $4,360.00 | $4,360.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | NEW REZ, LLC | 24 | $22,451.58 | $496.31 | $21,955.27 | $0.00 |
| 3 | JAMES STILES AND VIRGINIA STILES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | PHH MORTGAGE CORPORATION | 24 | $9,737.49 | $215.26 | $9,522.23 | $0.00 |
| 5 | RAS CITRON, RICHARD CITRON | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | STONEBERRY | 33 | $311.56 | $0.00 | $0.00 | $0.00 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MARK W FORD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | REGINA CARTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,074.53 | $0.00 | $0.00 | $0.00 |
| 12 | AMERICAN INFOSOURCE, LP | 33 | $443.20 | $0.00 | $0.00 | $0.00 |
| 13 | AMERICAN INFOSOURCE, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,886.00 | $0.00 | $0.00 | $0.00 |
| 15 | DITECH FINANCIAL, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | THE BANK OF NEW YORK MELLON | 24 | $12,799.43 | $282.94 | $12,516.49 | $0.00 |
| 17 | U.S. BANK NATIONAL ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE F | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DITECH FINANCIAL, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | DITECH FINANCIAL, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | EMERGENCY PHYSICIAN ASSOCIATE OF SOUTH JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | JEFFERSON CAPITAL SYSTEMS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | STONEBERRY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | T MOBILE/T-MOBILE USA INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | U.S. BANK NATIONAL ASSOCIATION, | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | PHH MORTGAGE CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2019 | 11.00 | $0.00 |
| 10/01/2020 | Paid to Date | $5,700.00 |
| 11/01/2020 | 72.00 | $691.00 |
| 11/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,132.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $632.96 |
| Arrearages: | $0.00 |
| Attorney: | MARK W. FORD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**