| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Harold Kaplan (HK0226) | <br><br>Order Filed on March 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Clifford Carter,**<br><br>     **Debtor,**<br><br>**Regina Carter,**<br><br>*fka* **Regina Collins**<br><br>*fka* **Regina Spring Carter**<br><br>     **Joint Debtor.** | Case No.:     19-28930-ABA<br><br>Chapter:     13<br><br>Hearing Date: February 9, 2021<br><br>Judge:     Andrew B. Altenburg Jr. |

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: March 22, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Secured Creditor: NewRez LLC D/B/A ShellPoint Mortgage Servicing

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Debtors' Counsel: Mark W Ford, Esq.

Property Involved ("Collateral"): 12 Robin Lane, Berlin Twp, New Jersey 08091

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - ■ The Debtor is overdue for 10 months from May 1, 2020 through February 1, 2021.
   - ■ The Debtor is overdue for 3 payments from May 1, 2020 at $1,955.24 per month.
   - ■ The Debtor is overdue for 7 payments from August 1, 2020 at $1,956.74 per month.

   Funds Held In Suspense $245.23.

   Total Arrearages Due $19,317.67.

2. Debtor must cure all post-petition arrearages, as follows:

   ■ Immediate payment shall be made in the amount of $6,000.00. Payment shall be made within 10 days of entry of this Order.

   ■ Beginning on March 1, 2021, regular monthly mortgage payments shall continue to be made in the amount of $1,956.74.

   ■ Beginning on March 15, 2021, monthly cure payments shall be made in the amount of $2,219.61 for 5 months with a 6th and final payment in the amount of $2,219.62 coming due on or before August 15, 2021.

3. Payments to the Secured Creditor shall be made to the following address(es):

- Immediate cure payment:   NewRez LLC dba Shellpoint Mortgage Servicing
  ATTN: Bankruptcy Department
  PO Box 740039
  Cincinnati, Ohio 45274-0039

- Regular monthly payment:   NewRez LLC dba Shellpoint Mortgage Servicing
  ATTN: Bankruptcy Department
  PO Box 740039
  Cincinnati, Ohio 45274-0039

- Monthly cure payment:   NewRez LLC dba Shellpoint Mortgage Servicing
  ATTN: Bankruptcy Department
  PO Box 740039
  Cincinnati, Ohio 45274-0039

4. In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of <u>$350.00</u> and costs of <u>$188.00</u>.

The fees and costs are payable:

■ Through the Chapter 13 plan.

☐ To the Secured Creditor within _____ days.

☐Attorneys' fees are not awarded.