UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Mark W. Ford, LLC
Mark W. Ford, Esquire
4 1/2 N. Broadway
P.O. Box 110
Gloucester City, NJ  08030
856-456-8811

**Order Filed on May 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case Number: 19-28930 |
| Clifford and Regina Carter | Hearing Date: May 11, 2021 |
| | Judge: ABA |
| | Chapter: 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by ___Mark W. Ford, Esquire___ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to 504 Godfrey Avenue, Philadelphia, PA

U.S. Bank National Association as Trustee for Structured Asset Securities Corporation Mortgage Pass Through Certificate Series 2006-W1

No actions taken during the period the stay was vacated were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*

2