May 13 21  Case 19-28930-ABA    Doc 106    Filed 06/01/21    Entered 06/01/21 13:22:06    Desc Main
Received Fax:May 06 21 08:25a         Received by:  Document    Page 1 of 2                              page.2

1/3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: Clifford Carter / Regina Carter
Debtor(s)

Case No.: 19-28930-ABA

Hearing Date: _____

Judge: ABA

### CERTIFICATION OF DEBTOR(S) IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION

I[We], Clifford Carter + Regina Carter am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on _____.

1) The Chapter 13 plan was originally confirmed by order entered on 3/11/2020.

2) I was current with plan payments through 5/1/2021.

3) I was current with post-petition mortgage payments through N/A on property located at _____

[If not applicable, skip] [if more than 1 property add additional lines]

   a) The mortgage payments referred to above are [✓] contractual payments [ ] adequate protection payments. [Check one]

   b) I am current with post-petition real estate taxes on the property located at 12 Robin Lane
      [✓] YES  [ ] NO

   c) I have current liability insurance on the property and can provide proof thereof.
      [✓] YES  [ ] NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:

   a) I am current with post-petition real estate taxes on the property located at N/A
      [ ] YES  [ ] NO

   b) I have current liability insurance on the property and can provide proof thereof.
      [ ] YES  [ ] NO

May 13 21 Case 19-28930-ABA    Doc 106    Filed 06/01/21    Entered 06/01/21 13:22:06    Desc Main
Received Fax:May 06 21 08:25a         Received by Document    Page 2 of 2                page.3

2/3

5) I was current with post-petition auto payments through ___N/A___ on the following automobile(s). [If not applicable, skip]

6) The change in my household income previously reported on Schedule I is $ __8,875.—__ My current household income is $ __8,400—__. I have attached a current paystub or proof of the change in income to this certification. [Redact any personally identifiable information before docketing.] My current total household expenses are now $ __3,955__.

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

> As of 3/1/20 to Present call in and work stop for awhile. At one point you had to stay home and be isolated. Covid-19 slow down work...

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: __5/12/2021__                    _____
                                         Debtor Signature

Dated: __5/12/2021__                    _____
                                         Debtor Signature