UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811/856-456-8558 (Fax)
Attorney for the debtor

In Re:
Clifford and Regina Carter

Case Number: 19-28930

Hearing Date: n/a

Judge: ABA

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## WITHDRAWAL OF MODIFIED CHAPTER 13 PLAN

Mark W. Ford, of full age, does hereby certify and state:

1. I am the attorney for the in the above-captioned debtors and have personal knowledge of the facts stated herein.

2. I am respectfully requesting to withdrawal the modified plan filed on June 11, 2021.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: July 16, 2021

/s/ Mark W. Ford
Mark W. Ford, Attorney for debtor