UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811, 856-456-8558 (Fax)
Attorney for the debtor

In Re:   Clifford and Regina Carter

Case Number:   19-28930

Judge:   ABA

Chapter:   13

Recommended Local Form:   ☒ Followed   ☐ Modified

# CERTIFICATION OF SERVICE

1. I, Regina Perfetti:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Mark W. Ford, who represents the Debtors in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On July 23, 2021 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Modified Chapter 13 Plan and Transmittal

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   7-23-21                    /s/ Regina Perfetti
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa Trustee | Trustee | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ xxNotice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| Linda St. Pierre<br>Authorized Agent for Creditor<br>New Rez LLC d/b/a Shellpoint<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell GA  30076 | Creditor s/mortgage company | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| Harold Kaplan, Esquire<br>Authorized Agent for Creditor<br>The Bank of New York<br>RAS Citron<br>130 Clinton Road<br>Suite 202<br>Fairfield, NJ  07004 | Creditor/mortgage company | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |

2